IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Milcah Kemmerlin
Keturah Kemmerlin

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Craig Peters
Christy Tisdale.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:23-cv-31-BHH-MHC
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes   ☐ No
*(check one)*

RECEIVED
USDC CLERK, CHARLESTON, SC
2023 JAN -4  PM 2: 13

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Milcah Kemmerlin, Keturah Kemmerlin |
| Street Address | 500 harbison blvd apt 2006 |
| City and County | Columbia, Richland county |
| State and Zip Code | SC 29212 |
| Telephone Number | 803 769 1978 |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Craig Peters |
| Job or Title (if known) | CEO |
| Street Address | 12802 Hamilton Crossing blvd |
| City and County | Carmel Hamilton County |
| State and Zip Code | Indiana 46032 |
| Telephone Number | (206) 925 - 5000 |

Defendant No. 2

| | |
|---|---|
| Name | Christy Tisdale |
| Job or Title (if known) | CNAC Rep |
| Street Address | 2126 N Boland Circle |
| City and County | North charleston Charleston charleston |
| State and Zip Code | SC 29406 |
| Telephone Number | 843 628 - 7025 |

Defendant No. 3

| | |
|---|---|
| Name | |

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

Defendant No. 4

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question             ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United
States Constitution that are at issue in this case.

12 CFR 226.17(b), 12 CFR 226.18, 12 CFR 226.18(c)(1)(ii),
12 CFR 226.23 (b)(1), SC Code 37-2-301, SC Code 37-2-302,
SC Code 37-2-504, SC Code 37-5-108(4)(a)(1)(iv),
SC Code 37-5-108(6)(d), SC Code 37-5-111

3

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of
      the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated
      under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)*
      _____.

   *(If more than one plaintiff is named in the complaint, attach an additional
   page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of
      the State of *(name)* _____. *Or* is a citizen of
      *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)* _____, is
      incorporated under the laws of the State of *(name)*
      _____, and has its principal place of
      business in the State of *(name)* _____. *Or* is
      incorporated under the laws of *(foreign nation)*
      _____, and has its principal place of
      business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an
   additional page providing the same information for each additional
   defendant.)*

4

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Christy used deceptive business practices. Craig Peters once Knowing about the violations then ignored any of our attempts to make the situation right.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Cancel zeroing out and rescind Contract tendering any payments made = $6,600, Any property taken or sold = $10,995.00 $1,000 for each non delivery of receipts = $16,000.00, rights violation = $3,000, TILA violation = $25,000, punitive money damages (x5) = Total relief $307,975.00

5

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _01/ 0 4_ , 20_23_

Signature of Plaintiff        _____

Printed Name of Plaintiff   _Milcah Kemmerlin_____

### B.     For Attorneys

Date of signing: _____, 20__.

Signature of Attorney        _____
Printed Name of Attorney   _____
Bar Number                      _____
Name of Law Firm             _____
Address                            _____
Telephone Number            _____
E-mail Address                 _____

6